# EXHIBIT B

| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
DUANE C. MUSFELT, SB# 72058 |
| 2 |    E-Mail: Duane.Musfelt@lewisbrisbois.com
RALPH A. ZAPPALA, SB# 102052 |
| 3 |    E-Mail: Ralph.Zappala@lewisbrisbois.com
SHAHRAM NASSI, SB# 239812 |
| 4 |    E-Mail: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100 |
| 5 | San Francisco, California 94104-2872
Telephone: 415.362.2580 |
| 6 | Facsimile: 415.434.0882 |

Attorneys for Defendant
CAMP PENDLETON & QUANTICO HOUSING, LLC (sued herein as Doe 2)

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SANTA CRUZ

| | |
|---|---|
| CELESTE WESTBY, individually; THOR WESTBY, individually; TALON WESTBY, a minor by and through his Guardian Ad Litem CELESTE WESTBY,<br><br>    Plaintiffs,<br><br>vs.<br><br>LINCOLN PROPERTY COMPANY, a corporation d/b/a/ LINCOLN MILITARY HOUSING; JARSCO UTILITIES, INC., a corporation; BI-STATE PROPANE, a corporation; GENERAL ELECTRIC COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. CV178586<br><br>**DEFENDANT CAMP PENDLETON & QUANTICO HOUSING, LLC' NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**<br><br>Action Filed:   January 30, 2014<br>Trial Date:      None Set |

4817-5928-5530.1

PLEASE TAKE NOTICE under the provisions of 28 U.S.C. §1446(d) that on April 18, 2014, Defendant CAMP PENDLETON & QUANTICO HOUSING, LLC (sued herein as Doe 2), filed with the Clerk of the Court at the United States Courthouse, Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, California 95113, the attached Notice of Removal to Federal Court and supporting papers to accomplish the removal of the action pending in the Superior Court of the State of California in and for the County of Santa Cruz, entitled Celeste Westby, et al. v. Lincoln Property Company, et al., Case No. CV178586. Under 28 U.S.C. §§1441 and 1446, and Federal Rules of Civil Procedure, Rule 81(c), this action now will be placed on the docket of the aforementioned District Court for all further proceedings.

DATED: April 18, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Duane C. Musfelt
Ralph A. Zappala
Shahram Nassi
Attorneys for Defendant, CAMP PENDLETON & QUANTICO HOUSING, LLC (sued herein as Doe 2)