LEWIS BRISBOIS BISGAARD & SMITH LLP
DUANE C. MUSFELT, SB# 72058
  E-Mail: Duane.Musfelt@lewisbrisbois.com
RALPH A. ZAPPALA, SB# 102052
  E-Mail: Ralph.Zappala@lewisbrisbois.com
SHAHRAM NASSI, SB# 239812
  E-Mail: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants,
LINCOLN PROPERTY COMPANY and CAMP PENDLETON & QUANTICO HOUSING LLC
(shed herein as Doe 2)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CELESTE WESTBY, individually; THOR WESTBY, individually; TALON WESTBY, a minor by and through his Guardian Ad Litem CELESTE WESTBY,<br><br>Plaintiffs,<br><br>vs.<br><br>LINCOLN PROPERTY COMPANY, a corporation d/b/a/ LINCOLN MILITARY HOUSING; JARSCO UTILITIES, INC., a corporation; BI-STATE PROPANE, a corporation; GENERAL ELECTRIC COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C-14-01800-PSG<br><br>**CERTIFICATE OF SERVICE RE: NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT AND SUPPLEMENTAL DOCUMENTS PER LOCAL RULE 4-2** |

<u>**Celeste Westby, et al. vs. Lincoln Property Company, et al.**</u>

USDC, Northern District of California, Case No. C-14-01800-PSG

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872.

On April 18, 2014, I served the following document:

**DEFENDANT CAMP PENDLETON & QUANTICO HOUSING LLC'S NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT**

On April 21, 2014, I served the following documents in compliance with Local Rule 4-2:

1. **ORDER SETTING ININITAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

2. **STANDING ORDER FOR CIVIL PRACTICES IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PAUL S. GREWAL**

3. **U.S. MAGISTRATE JUDGE PAUL S. GREWAL STANDING ORDER RE SETTLEMENT CONFERENCE PROCEDURES;**

4. **STANDING ORDER REGARDING CASE MANAMAGEMENT IN CIVIL CASES;**

5. **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION FORM; AND**

6. **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTIONS IN THE NORTHERN DISTRICT OF CALIFORNIA BROCHURE.**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on April 22, 2014, at San Francisco, California.

_____
Lucia Suazo

# SERVICE LIST

### Celeste Westby, et al. vs. Lincoln Property Company, et al.
C-14-01800-PSGUSDC, Northern District of California, Case No. C-14-01800-PSG

| Attorneys for PLAINTIFFS | Attorneys for PLAINTIFFS |
|---|---|
| Ara Jabagchourian<br>Alexandra A. Hamilton<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road<br>Burlingame, California 94010<br>Tel.: (650) 697-6000<br>Fax: (650) 697-0577<br>ajabagchourian@cpmlegal.com<br>ahamilton@cpmlegal.com | Christopher G. Paulos<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, RAFFERTY & PROCTOR, P.A<br>316 S. Baylen Street, Suite 600<br>Pensacola, Florida 32502<br>Tel.: (850) 435-7067<br>Fax: (850) 436-6066<br>cpaulos@levinlaw.com |
| **Attorneys for JARSCO UTILITIES, INC.**<br><br>Lynne L Bentley<br>BORTON PETRINI LLP<br>95 S. Market Street, Suite 400<br>San Jose, California 95113<br>Tel.: (408) 535-0870<br>Fax: (408) 535-0878<br>lbentley@bortonpetrini.com | **Attorneys for GENERAL ELECTRIC COMPANY**<br><br>James M. Hanlon, Jr.<br>GLYNN & FINLEY, LLP<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, California 94596<br>Tel.: (925) 210-2800<br>Fax: (925) 945-1975<br>jhanlon@glynnfinley.com |
| **Attorneys for AMERIGAS PROPANE, L.P, Successor-in-Interest to BI-STATE PROPANE**<br><br>Matthew C. Addison<br>Jessica L. Woelfel<br>McDONALD CARANO WILSON LLP<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>Tel.: (775) 788-2000<br>Fax: (775) 788-2020<br>maddison@mcdonaldcarano.com<br>jwoelfel@mcdonaldcarano.com | **Attorneys for ABC FIRE EXTINGUISHER CO., INC. (sued herein as DOE 1)**<br><br>Richard J. Finn<br>David S. Wilgus<br>Lynn V. Rivera<br>BURNHAM BROWN<br>P.O. Box 119<br>Oakland, CA 94604<br><br>1901 Harrison Street, 14th Floor<br>Oakland, CA 94612<br>Tel.: (510) 444-6800<br>Fax: (510) 835-6666<br>rfinn@burnhambrown.com<br>dwilgus@burnhambrown.com<br>lrivera@burnhambrown.com |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW