**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DUANE C. MUSFELT, SB# 72058
  E-Mail: Duane.Musfelt@lewisbrisbois.com
RALPH A. ZAPPALA, SB# 102052
  E-Mail: Ralph.Zappala@lewisbrisbois.com
SHAHRAM NASSI, SB# 239812
  E-Mail: Shahram.Nassi@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant LINCOLN PROPERTY COMPANY (Lincoln Property Company sued herein Lincoln Property d/b/a Lincoln Military Housing)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE WESTBY, individually; THOR WESTBY, individually; TALON WESTBY, a minor by and through his Guardian Ad Litem CELESTE WESTBY,<br><br>    Plaintiffs,<br><br>    vs.<br><br>LINCOLN PROPERTY COMPANY, a corporation d/b/a/ LINCOLN MILITARY HOUSING; JARSCO UTILITIES, INC., a corporation; BI-STATE PROPANE, a corporation; GENERAL ELECTRIC COMPANY, a corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. 14-CV-01800 BLF<br><br>**DEFENDANT LINCOLN PROPERTY COMPANY'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned, on behalf of Defendant Lincoln Property Company, certifies that, with the exception of the interests of said Defendant, no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities are known to (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: April 24, 2014          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:      /s/ Ralph A. Zappala
        Duane C. Musfelt
        Ralph A. Zappala
        Shahram Nassi
        Attorneys for Defendant,
        LINCOLN PROPERTY COMPANY

# CERTIFICATE OF SERVICE

*Westby, et al. v. Lincoln Property Company*

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872.

On April 24, 2014, I served the following document(s):

**DEFENDANT LINCOLN PROPERTY COMPANY'S CERTIFICATE OF INTERESTED PARTIES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (VIA ECF) I caused the aforementioned document to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 5:14-cv-01800-BLF. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and not registered for ECF at this time (specify one):

☒ Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 24, 2014, at San Francisco, California.

/s/ Lucia Suazo
Lucia Suazo

# SERVICE LIST

*Westby, et al. vs. Lincoln Property Company, et al.*
USDC – Northern District, San Jose Division, Case No. 14-CV-01800 BLF

| **Attorneys for JARSCO UTILITIES, INC.**<br><br>Lynne L Bentley<br>BORTON PETRINI LLP<br>95 S. Market Street, Suite 400<br>San Jose, California 95113<br>Tel.: (408) 535-0870<br>Fax: (408) 535-0878<br>lbentley@bortonpetrini.com | **Attorneys for GENERAL ELECTRIC COMPANY**<br><br>James M. Hanlon, Jr.<br>GLYNN & FINLEY, LLP<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 500<br>Walnut Creek, California 94596<br>Tel.: (925) 210-2800<br>Fax: (925) 945-1975<br>jhanlon@glynnfinley.com |
|---|---|
| **Attorneys for AMERIGAS PROPANE, L.P, Successor-in-Interest to BI-STATE PROPANE**<br><br>Matthew C. Addison<br>Jessica L. Woelfel<br>McDONALD CARANO WILSON LLP<br>100 W. Liberty Street, Tenth Floor<br>Reno, NV 89501<br>Tel.:    (775) 788-2000<br>Fax:    (775) 788-2020<br>maddison@mcdonaldcarano.com<br>jwoelfel@mcdonaldcarano.com | **Attorneys for ABC FIRE EXTINGUISHER CO., INC. (sued herein as DOE 1)**<br><br>Richard J. Finn<br>David S. Wilgus<br>Lynn V. Rivera<br>BURNHAM BROWN<br>P.O. Box 119<br>Oakland, CA 94604<br><br>1901 Harrison Street, 14th Floor<br>Oakland, CA 94612<br>Tel.:    (510) 444-6800<br>Fax:    (510) 835-6666<br>rfinn@burnhambrown.com<br>dwilgus@burnhambrown.com<br>lrivera@burnhambrown.com |