**United States District Court**
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CELESTE WESTBY, individually; THOR WESTBY, individually; TALON WESTBY, a minor by and through his Guardian *Ad Litem* CELESTE WESTBY,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN PROPERTY COMPANY, a corporation dba LINCOLN MILITARY HOUSING; JARSCO UTILITIES, INC., a corporation; BI-STATE PROPANE, a corporation; GENERAL ELECTRIC COMPANY, a corporation; ABC FIRE EXTINGUISHER COMPANY, INC., a corporation; CAMP PENDLETON & QUANTICO HOUSING, LLC, a corporation; and DOES 3 through 50, inclusive,<br><br>Defendants. | Case No. 5:14-cv-01800-BLF<br><br>**ORDER SUBMITTING MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR CHANGE OF VENUE WITHOUT ORAL ARGUMENT; AND VACATING HEARING DATE**<br><br>[Re: ECF 20] |

The Motion to Dismiss or, in the Alternative, for Change of Venue that was noticed for hearing on June 19, 2014 is hereby SUBMITTED without oral argument; the hearing is VACATED.

IT IS SO ORDERED.

Dated: June 16, 2014

_____
BETH LABSON FREEMAN
United States District Judge