UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CELESTE WESTBY, et al.,

    Plaintiffs,

v.

JARSCO UTILITIES, INC., et al.,

    Defendants.

Case No. 14-cv-01800-BLF

**CASE MANAGEMENT ORDER**

On August 07, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Last Day for Evidentiary Hearings | 11/20/2015 at 9:00 AM |
| Last Day to Hear Dispositive Motions | 01/28/2016 at 9:00 AM |
| Final Pretrial Conference | 03/24/2016 at 2:30 PM |
| Trial | 04/11/2016 at 9:00 AM |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Court adopts all Stipulated Discovery Cut-Off Dates from Joint Case Management Statement.

Dated: August 7, 2014

_____

BETH LABSON FREEMAN
United States District Judge