IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CELESTE WESTBY, individually; THOR WESTBY, individually; TALON WESTBY, a minor by and through his Guardian Ad Litem CELESTE WESTBY,<br><br>Plaintiffs,<br><br>v.<br><br>LINCOLN PROPERTY COMPANY, a corporation d/b/a LINCOLN MILITARY HOUSING; JARSCO UTILITIES, INC., a corporation; BI-STATE PROPANE, a corporation; GENERAL ELECTRIC COMPANY, a corporation; ABC FIRE EXTINGUISHER CO., INC., a corporation; CAMP PENDLETON & QUANTICO HOUSING, LLC,, a corporation; and DOES 3 through 50, inclusive,<br><br>Defendants. | CASE NO.: 14-CV-01800-BLF<br><br>ADR CERTIFICATION BY PLAINTIFFS CELESTE WESTBY, THOR WESTBY AND TALON WESTBY, A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM CELESTE WESTBY AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: August ___, 2014
Sept 23

_____
PLAINTIFF CELESTE WESTBY, Individually and as Guardian Ad Litem of PLAINTIFF TALON WESTBY

Date: August ___, 2014
Sept. 23

_____
PLAINTIFF THOR WESTBY

Date: August ___, 2014
Sept 23

_____
ARA JABAGCHOURIAN
COUNSEL FOR PLAINTIFFS

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

1