**EXHIBIT "A"**

# Proposed Examination
# and
# Testing Protocols

*Amended by GexCon*

# Examination Protocol
# Layout of the gas supply piping

Recreation of Piping and Appliance Layout

The first order of business will be to attempt to arrange the gas piping collected into its appropriate layout within the residence. The evidence tags that indicate where the piece of pipe was collected will be used for guidance, as well as the fracture surfaces and cuts to the pipe. The goal of this testing will be to identify if all sections of piping from the gas meter to the appliances was retained after the incident. The recreation will consist of the following steps.

1. The 2nd stage regulator and meters will be placed at the edge of the area where the inspection is taking place.
2. The section of pipe that ran through the attic of 702A will be placed next.
3. The drop-down pipes to the appliances in the utility room will be placed adjacent to the appliance they served.
4. The pipe to the range will be placed adjacent to the range location.

# Examination Protocol
# Functionality and pressure testing

Functionality (where applicable) and pressure testing will be conducted prior to any disassembly or non-destructive testing of the evidence. The testing should first include the functionality of the 2nd stage regulator, as this will determine the pressure (both under flow and lock-up conditions) supplied to the various sections of gas piping and appliances in the incident unit 702a. If the outlet or delivery pressure of the 2nd stage regulator falls between the spring range of 9.5-13" w.c., all subsequent pressure and functionality tests will be performed at the determined pressure. If however the outlet or delivery pressure of the 2nd stage regulator is higher than this range, all subsequent pressure and functionality tests will first be performed at highest pressure within the range or 13" w.c., followed by testing at the higher delivery pressure determined during testing.

First, it is proposed that the exemplar range be pressure tested and the functionality (e.g., flow rate) of the stove top burner will be tested. More specifically, the Left Front top burner will be tested in three positions (off, open to a similar position as the incident range, and fully open) and flow rate will be quantified for each valve position at the outlet pressure of the 2nd stage regulator and specified pressure (if different than the outlet pressure on the 2nd stage regulator).

Next, it is proposed that the incident range be pressure tested and the functionality (e.g., flow rate) of the stove top burner will be tested. More specifically, the Left Front top burner will be tested in the three positions (open in the "as found" condition, closed, and fully open) and the flow rate will be quantified for each valve position at the outlet pressure of the 2nd stage regulator and specified pressure (if different than the outlet pressure on the 2nd stage regulator).

Pressure testing will continue to the various piping sections and the other gas-fired appliances.

Functionality of 2nd Stage Regulator and leak testing of its connections

A photograph of the second stage regulator is shown below. Just below the rusted section is a label that states "Do Not Bury Above Red Line", also shown in a photograph below.



The previous protocol indicated that the regulator was to be inspected by X-ray or some other non-destructive method initially (see first section of Examination Protocol 2nd stage regulator). If the parties agree, then the pipe to the regulator may be cut at an agreed upon location on the inlet piping and X-rayed or examined via MRI or CT scan. However, prior to any disassembly, the regulator should be tested to determine its outlet or delivery pressure during flow and lock-up conditions (as outlined next).

Currently, the pressure supplied to the 2nd Stage Regulator is unknown. Every effort will be made to ascertain this pressure, but if it cannot be determined, then a supply pressure of 10 psig

will be used initially. The parties may consider using a higher inlet pressure after testing at 10 psig.

1. Fit the gas supply to the upstream connection of the regulator.
2. The upstream pressure will be monitored with a pressure gauge. Pressurize the inlet of the 2nd Stage Regulator with air or nitrogen to the appropriate pressure (either 10 psig, the supply pressure from the 1st stage regulator, or the pressure agreed to by the parties at the inspection). Use a leak detection solution to find any leaks along the piping.
3. Remove the plug from the outlet of the 2nd stage regulator and connect a 0-15" w.c. pressure gauge, and a flow meter downstream of the regulator.
4. Pressurize the inlet of the 2nd Stage Regulator with air or nitrogen to the pressure referenced in Step 2 above. Record the outlet pressure.
5. Using a leak detection solution, identify all leaks (if any) in the fittings and connections upstream and downstream of the regulator.
6. Open the flow meter to obtain a flow of approximately 10 CFH and record the outlet pressure.
7. Close the flow meter and record the pressure.
8. Open the flow meter to obtain a flow of approximately 20 CFH and record the outlet pressure.
9. Close the flow meter and record the pressure.
10. Open the flow meter to obtain a flow of approximately 30 CFH and record the outlet pressure.
11. Close the flow meter and record the pressure.

Recall if the outlet or delivery pressure of the 2nd stage regulator is higher than this range, all subsequent pressure and functionality tests will first be performed at highest pressure within the range or 13" w.c., followed by testing at the higher delivery pressure determined during testing.

Testing and documentation of the Exemplar Range

An exemplar of the incident GE range (Model No. JGBP28WEH3WW, S/N LG242204P) has been provided and it is proposed to test the flow rate of the left front burner when: (1) the knob is open as it was found on the incident range (see photograph below, left, where the valve is approximately at the 7-8 position); (2) the valve is in HI position; and (3) when the valve is closed (see photograph on the right). It is assumed that all documentation of the incident and exemplar ranges will be completed prior to testing.

For tests on the exemplar and incident ranges, flow measurement will be performed first with the outlet pressure determined from the 2nd stage regulator (if between 9.5" and 13" w.c.) or 13" w.c. followed by the actual higher outlet pressure of the 2nd stage regulator.


Open


Closed

1. For measuring the flow rate of air through the LP range, a flow meter that can measure flow rates as low as 0.1 scfh and as high as 10 scfh must be used.
2. Remove the left front burner knob on the exemplar, and set it to the position that matches that of the incident range (see photograph below).



3. Connect the gas supply, flow meter, and a regulator capable of providing 13" w.c. (or possibly higher) to the inlet of the exemplar range.
4. Supply gas at the appropriate pressure (either between 9.5" and 13" w.c. or the outlet pressure of the 2nd stage regulator).
5. Measure the flow rate with the flow meter.

4

6. Open the burner to the full open position and measure the flow rate.
7. Close the burner and measure the flow rate.
8. If agreed, this may be repeated for the other stove top valves.

Documentation of the Exemplar GE Range

Documentation of the incident GE range will entail measuring the burner orifices with a drill set. Other non-destructive examination will be allowed at this time. No destructive testing will be performed at this stage.

Testing and Documentation of the Incident Range

All parties will come to an agreement before any testing is performed on the incident range as to whether it is fit for testing. If it is deemed that no damage will be incurred by the range if it is tested, then a compressed air or nitrogen supply will be fitted to the inlet of the range, as well as a flow meter assembly. It is proposed to test the flow rate of the left front burner when: (1) the knob is open as it was found position (where the valve is approximately at the 7-8 position); (2) the valve is in HI position; and (3) when the valve is closed.

As with the exemplar, testing will be performed with inlet pressures between 9.5" w.c. and 13" w.c., and, if it was outside of that range, the outlet pressure of the 2nd stage regulator.

1. For measuring the flow rate of air through the LP range, a flow meter that can measure flow rates as low as 0.1 scfh and as high as 10 scfh must be used.
2. Attach the supply of gas to the flow meter assembly.
3. Attach the flow meter assembly to the incident range.
4. Adjust the pressure of the compressed gas supply to the appropriate pressure (either between 9.5" and 13" w.c. or the outlet pressure of the 2nd stage regulator) before applying pressure to the range.
5. Document the position of the knob with an indelible marker or by some other method
6. Apply pressure to the range inlet, and measure the flow rate. Compare this flow rate with that found with the exemplar testing.
7. Determine if there are any leaks in the range up to the range regulator (item 214 in the image below).



8. If there are leaks upstream of the appliance regulator (determined using leak detection solution) remove the leaking fittings and connect directly to the regulator - reapply pressure to the range inlet, and measure the flow rate. Compare this flow rate with that found with the exemplar testing.
9. Next, close the left front burner knob to its full-closed position.
10. Check for leaks again with all of the burners closed. If there are no leaks, proceed to step 12.
11. If there is still a leak, document the leak rate at the pressure provided.
12. Open the left front burner valve to its previously documented position.
13. Measure the flow rate through the left front burner with the flow meter apparatus.
14. Open the left front burner knob to its full open position and measure the flow rate.
15. Close the left front burner knob to its full closed position and document whether there is no leaking, or, if there is a leak, record the flow rate.
16. If agreed, this may be repeated for the other stove top valves.

Documentation of the Incident GE Range

Documentation of the incident GE range will entail measuring the burner orifices with a drill set. Other non-destructive examination will be allowed at this time. No destructive testing or disassembly will be performed at this stage, especially if the measured flow rates match those of the exemplar range. If they differ considerably, then a protocol will be decided on how to continue the testing and disassembly of the range.

## Leak Testing of the Water Heater

The water heater collected from 702A, shown below, is the only other gas appliance from the residence that is still in a testable condition for gas pressurization up to the gas control valve. Testing conducted on the water heater will be strictly for leaks in its associated piping and gas valve (shown below) to determine if there are any leaks or the gas valve is not closed.

As before, testing will be performed with inlet pressures between 9.5" w.c. and 13" w.c., and, if it was outside of that range, the outlet pressure of the 2nd stage regulator.



1. The upstream pressure will be monitored with a pressure gauge. Pressurize the inlet of the appliance with air or nitrogen to the appropriate pressure (either between 9.5" and 13" w.c. or the outlet pressure of the 2nd stage regulator). Use a leak detection solution to detect any leaks along the piping.
2. Close the pressure supply to determine if there are any leaks in the gas apparatus of the appliance.
3. If there is a leak, attach the flow measuring apparatus and measure the leak at the appropriate pressure (either between 9.5" and 13" w.c. or the outlet pressure of the 2nd stage regulator).

Leak Testing of Assorted Gas Piping Recovered from the Scene

Assorted pieces of gas piping have been collected from the scene, some photographs of which are shown below. Where there is sufficient interest to check for leaking fittings, leak tests will be conducted. Testing will be performed with the pressure determined from the outlet pressure of the 2nd stage regulator.



1. Identify fittings where leak testing is desired.

2. As required, cut piping near the fittings such that a hose connection may be made to supply compressed gas.
3. Attach the source of compressed gas to the pipe and block off, with rubber plugs or appropriate closure of valves, the other end of the pipe.
4. Apply the outlet pressure of the 2nd stage regulator and use leak detection solution to determine if there are leaks at all joints.
5. If the leak is significant, and where desired, attach flow measurement device to pipe and determine the flow leak rate at the pressure of the 2nd stage regulator outlet.

Examination Protocol - GE Stove

Depending on the results of the pressure and functionality testing of the stove top burner, it may be decided to further examine and test the incident range. After the test results a protocol will be proposed and agreed upon prior to further testing or disassembly.

~~The GE stove will be photographed, and then opened and/or disassembled and inspected and photographed. Cleaning of components may take place. There may be disassembly and inspection of the appliance regulator in the stove. No further pressure testing of the internal components is currently contemplated.~~

Examination Protocol - 2nd Stage Regulator

The 2nd stage regulator will be X-Rayed or examined via an MRI or CT scan procedure. This may require cutting of pipe currently connected to the regulator. Once this examination is completed, the regulator may be pressure tested and its performance recorded. Once pressure testing is completed, the regulator may be opened and/or disassembled and its internal component parts inspected and, where necessary, further disassembled to allow close internal inspection. Cleaning of internal components may take place. Each stage of this process will be documented.

Examination Protocol - Hot Water Heater and Furnace

The hot water heater and furnace will be opened and/or disassembled to allow internal inspection of its component parts. The internal regulators of these appliances may be X-Rayed or examined via an MRI or CT scan procedure. The internal regulators of these appliances may then be pressure tested to the extent that explosion and/or fire damage allows. The results of any pressure testing will be recorded. Once the pressure testing has been completed and recorded, the internal regulators or other internal components may be further disassembled to allow closer inspection of internal component parts. Cleaning of components may take place. Each stage of this process will be documented.

Examination Protocol - Piping from the Westby unit which connects to the GE Stove

1. Cut pipe to approximately 2" length at threaded ends to facilitate cleaning and microscopic examination.
2. Clean debris from surfaces using water and soft brush; firmly adhered debris may be removed with dental picks.
3. Pipe sections:
   a. Examine and document surfaces under microscope.
   b. Examine and document threads under microscope; measure the distance between thread crests at opposite sides.
4. Fittings:
   a. Examine and document surfaces under microscope.
   b. Section fitting axially. Mount and polish for microscopic examination.

Examination Protocol - Pipe Sections and Fittings

1. Cut pipe to approximately 2" length at threaded ends to facilitate cleaning and microscopic examination.
2. Clean debris from surfaces using water and soft brush; firmly adhered debris may be removed with dental picks.
3. Pipe sections:
   a. Examine and document surfaces under microscope.
   b. Examine and document threads under microscope; measure the distance between thread crests at opposite sides.
4. Fittings:
   a. Examine and document surfaces under microscope.
   b. Section fitting axially. Mount and polish for microscopic examination.