EXHIBIT "B"

Nassi, Shahram
===

| | |
|---|---|
| From: | Ara Jabagchourian <AJabagchourian@cpmlegal.com> |
| Sent: | Monday, October 13, 2014 1:55 PM |
| To: | Nassi, Shahram |
| Cc: | Parrish, D. Todd; cpaulos@levinlaw.com; Alexandra Hamilton; Ryan Manuel |
| Subject: | Proposed protocol |

Dear Shahram,

I have not yet had an opportunity to go over the protocol recommendations from my metallurgist. However, one of my other consultants wanted to add the following to the protocol:

1. The GE range should be checked for leaks. Since some of the aluminum tubing has melted, they may require to be closed off with some type of material.

2. Testing of the front left burner valve – Apply 10 inch water column of air pressure to the range for a leak check. Flow meters will be used to measure leak rate.

3. Check leaks in the manifold of the stove.

4. Disassemble front left burner valve for an inspection.

5. Flow tests on the front left burner of the exemplar stove. Apply test from bullet point 2.

6. Nondestructive testing of the Fischer regulator. A variable air pressure source connected to the polyethylene piping at the inlet to the riser. The outlet measure measured with a digital manometer with monitoring of the vent. Inlet pressure will start at zero and to be increased in 10 PSI increments up to the inlet pressure that existed at the site. If the inlet pressure was 10 PSI, then it will be increased at 2 PSI increments. Outlet pressures will be measured at lockup and with different flow rates up to 100,000 BTU equivalent, approximately 40 cubed ft. per hour.

7. A variable pressure source will be connected to the outlet of the regulator with the inlet plugged off. The pressure at the outlet of the regulator will be increased until there is an indication of flow at the vent. This can be done by placing soap over the vent screen or attaching a fitting at the vent connection with tubing connected to it and putting the end of the tubing into clear container of water.

8. Disasenbly of the regulator can occur after the tests are completed.

I will get back to you shortly regarding the testing of the pipes.

Thanks,

Ara J

Ara Jabagchourian (Bio)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center

1

840 Malcolm Road | Burlingame, CA 94010
Tel: (650) 697-6000 | Fax: (650) 692-3606
ajabagchourian@cpmlegal.com

**CONFIDENTIALITY NOTICE:** The documents accompanying this email transmission contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this emailed information is strictly prohibited. If you have received this email in error, please notify us by telephone immediately to arrange for the return of the original documents to us.