EXHIBIT "C"

# Nassi, Shahram

| | |
|---|---|
| **From:** | Nassi, Shahram |
| **Sent:** | Thursday, October 30, 2014 3:02 PM |
| **To:** | 'Ara Jabagchourian'; Jim Hanlon; Matthew C. Addison; 'Richard Finn'; 'cpaulos@levinlaw.com'; 'lbentley@bortonpetrini.com'; Musfelt, Duane; Jessica L. Woelfel; Nancy Hoy; Hayes, Sandra; bthompson@burnhambrown.com; Hayes, Sandra; tparrish@bmpllp.com |
| **Cc:** | Wendy Lynn; Alexandra Hamilton; Ryan Manuel |
| **Subject:** | RE: Westby Status |

All,

Lincoln Property is agreeable with GE's proposal and Plaintiff's amendments. However, we'd like to add the following:

- when initially testing the 2nd Stage regulator, it should be operated at least three (3) times to get consistent lock-up and output readings. Once consistent readings are achieved, they should be used for subsequent pressure and functionality tests.

Lincoln Property would also like to conduct destructive testing of the appliances from the Hardin unit using the same protocol.

We will likely need to secure two consecutive dates for the destructive testing to make sure we can complete it all. Some available dates were previously circulated, and those parties that responded with dates, with the exception ABC Fire, indicated that dates between November 17-20 would work. Given the upcoming deadlines in the Hardin matter, if we can make two consecutive days between November 17-20 work for everyone, that would be ideal.

I believe every party to this lawsuit (Westby) has now commented on the destructive testing protocol, except for Jarsco Utilities.

Finally, regarding the NCIS report, as you're aware the report was finally recently released to us by the Department of Navy. A CD containing a copy of the entire report is being sent out to all parties today, along with second CD containing photographs taken at the scene of the incident.



**Shahram Nassi**
Attorney
Shahram.Nassi@lewisbrisbois.com

333 Bush Street, Suite 1100
San Francisco, CA 94104

T: 415.438.5907 F: 415.434.0882

LewisBrisbois.com 

Representing clients from coast to coast. View our nationwide locations.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error,