**EXHIBIT "D"**

# Proposed Instruments/Equipment to be used to Conduct the Agreed to Destructive Testing Protocol

In support of the "Proposed Examination and Testing Protocols" as amended by GexCon, for each of the relevant sections/headings in these protocols, the following proposed instrumentation and procedure details are set forth for the tests to be conducted and the limitations of the facilities where the testing is to take place.

## X-Ray of Regulator

The premises where the destructive testing is to take place (Exponent, Inc.'s campus in Menlo Park, CA) does not have the facilities to X-ray, MRI scan, or CT scan the 2nd stage regulator and piping assembly. We propose to take these items to a qualified outside lab prior to the joint inspection. NDT Labs[1] is a potential lab for film X-rays, and Hadland Technologies[2] is a potential lab for industrial CT scans. The images would be available for all parties on the agreed date for the testing protocol.

## Functionality of 2" Stage Regulator and Leak Testing of its Connections

The testing described in the protocol will be conducted using the following pieces of equipment:

- A compressed air or nitrogen system with a regulator capable of controlling to 10 psig.
- Pressure gauge on the supply with a range of 0-50 psig.
- A Magnahelic™ pressure gauge on the regulator outlet with a range of 0-30" w.c.
- A Dwyer™ RMC series variable area flowmeter with a control valve and a range of SCFH (Air).
- A Type-K thermocouple and readout, placed in the flowmeter outlet to correct the indicated flow for gas density.
- Snoop™ leak detection solution.

## Testing and Documentation of the Exemplar Range

The testing described in the protocol will be conducted using the following pieces of equipment:

- A compressed air or nitrogen system with a regulator capable of controlling from 9.5" w.c. to 28" w.c., and 10 psig.
- A pressure gauge on the supply with a range of 0 -50 psig, or a Magnahelic™ pressure gauge with a range of 0-30" w.c.

---

[1] NDT Laboratories, 240 East Caribbean Drive, Sunnyvale, CA 94089. (408) 734-4400 http://www.ndtlabs.com.

[2] Hadland Technologies, 1104 Walsh Rd, Santa Clara, CA 95050. (408) 638-9729 http://www.hadtek.com.

- An American Gas DTM-200A™ dry test meter.
- Note: the maximum allowable pressure of the dry test meter is 5 psig.
  - If test pressures greater than 5 psig are required, a Dwyer™ RMC series variable area flowmeter will be substituted.
    - A Type-K thermocouple and readout, placed in the variable area flowmeter outlet to correct for gas density.
- Snoop™ leak detection solution.

**Testing and Documentation of the Incident Range**

The testing described in the protocol will be conducted using the following pieces of equipment:

- A compressed air or nitrogen system with a regulator capable of controlling from 9.5" w.c. to 28" w.c., and 10 psig.
- A pressure gauge on the supply with a range of 0 -50 psig, or a Magnabelic™ pressure gauge with a range of 0-30" w.c.
- An American Gas DTM-200A™ dry test meter.
- Note: the maximum allowable pressure of the dry test meter is 5 psig.
  - If test pressures greater than 5 psig are required, a Dwyer™ RMC series variable area flowmeter will be substituted.
    - A Type-K thermocouple and readout, placed in the variable area flowmeter outlet to correct for gas density.
- Snoop™ leak detection solution.

**Leak Testing of the Water Heater**

- A compressed air or nitrogen system with a regulator capable of controlling from 9.5" w.c. to 28" w.c., and 10 psig.
- A pressure gauge on the supply with a range of 0 -50 psig, or a Magnahelic™ pressure gauge with a range of 0-30" w.c.
- Snoop™ leak detection solution.

**Leak Testing of Assorted Piping Recovered from the Scene**

The testing described in the protocol will be conducted using the following pieces of equipment:

- A compressed air or nitrogen system with a regulator capable of controlling from 9.5" w.c. to 28" w.c., and 10 psig.
- Expanding test plugs to seal the ends of the pipe sections.
- An American Gas DTM-200A™ dry test meter or a Dwyer™ RMC series variable area flowmeter if test pressures greater than 5 psig are required.
- Snoop™ leak detection solution.

**Examination Protocol — 2nd Stage Regulator**

As discussed previously, Exponent does not have the facilities to X-ray, MRT scan, or CT scan the 2nd stage regulator and piping assembly. We propose to take this to a qualified outside lab prior to the joint inspection. NDT Labs is a potential lab for film X-rays, and Hadland Technologies is a potential lab for industrial CT scans.

**Examination Protocol - Hot Water Heater and Furnace**

Once the appliance regulators are removed, it may be possible to X-ray them at Exponent using their Yxlon Cougar™ real-time X-ray system. If the system does not have sufficient power to illustrate all of the components of interest with the appliance regulators, we propose to send the regulators to a qualified outside lab.

**Examination Protocol - Piping from the Westby unit which connects to the GE Stove**

The testing described in the protocol will be conducted using the following pieces of equipment:

- Various band saws for pipe cutting.
- Plastic or brass bristle brushes for cleaning.
- Olympus Discovery V8™ stereo-microscope with a digital camera for imaging.
- Hot-press phenolic or cold mount epoxy for sample mounting and polishing.

**Examination Protocol — Pipe Sections and Fittings**

The testing described in the protocol will be conducted using the following pieces of equipment:

- Various band saws for pipe cutting.
- Plastic or brass bristle brushes for cleaning.
- Olympus Discovery V8™ stereo-microscope with a digital camera for imaging.
- Hot-press phenolic or cold mount epoxy for sample mounting and polishing.

Given the testing that needs to be completed, it is estimated that the execution of the protocol will require two full days. This estimate may change depending on the level of testing, disassembly required, and the number of cross-sectional mounts required.