# EXHIBIT 1

RECEIVED
JUN 2 3 2014
COTCHETT, PITRE, & McCARTHY, LLP

ARJ
AAH
RM

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

1700 PACIFIC AVENUE
SUITE 4400
DALLAS, TEXAS 75201-7305
(214) 237-4300
FAX (214) 237-4340

D. TODD PARRISH
DIRECT DIAL (214) 237-4318
EMAIL: TPARRISH@BMPLLP.COM

HOUSTON OFFICE
(713) 623-0887

June 20, 2014

**VIA CMRRR: 7006 2760 0002 3497 2472**

Ara R. Jabagchourian
Cotchett, Pitre and McCarthy, LLP
San Francisco Airport Office Ctr.
840 Malcolm Road, Suite 200
Burlingame, CA 94010

    Re:    Our Reference: Cause No. DC-13-13771; 14th Judicial District Court, Dallas; *Greg Hardin the husband of Lori Hardin and Next Friend Of Brady Hardin and Ashton Hardin their children, and Robert Lewis and Capi Lewis, the Parents of Lori Hardin v. Lincoln Property Company and Lincoln Military Housing, LLC*

Dear Mr. Jabagchourian:

Enclosed please find the following in the above referenced matter:

1. Defendants Lincoln Property Company's Notice of Intention to Take Oral/Videotaped Deposition of Celeste Westby; and
2. Defendants Lincoln Property Company's Notice of Intention to Take Oral/Videotaped Deposition of Thor Westby.

Thank you for your anticipated cooperation and assistance in this matter. Please contact us with any questions or comments.

Sincerely,

D. Todd Parrish

DTP/hs
Enclosures

RECEIVED

JUN 23 2014

COTCHETT, PITRE, & McCARTHY, LLP

ART
AAH
RM

CAUSE NO. DC-13-13771

| | | |
|---|---|---|
| **GREG HARDIN the husband of LORI HARDIN and next friend of BRADY HARDIN and ASHTON HARDIN, their children, and ROBERT LEWIS and CAPI LEWIS, the parents of LORI HARDIN,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiffs,** | § | **DALLAS COUNTY, TEXAS** |
| **vs.** | § | |
| **LINCOLN PROPERTY COMPANY** | § | |
| **Defendant.** | § | **A-14th JUDICIAL DISTRICT** |

**DEFENDANTS LINCOLN PROPERTY COMPANY'S NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF CELESTE WESTBY**

TO: Plaintiffs Greg Hardin, the husband of Lori Hardin and next friend of Brady Hardin and Ashton Hardin, their children, and Robert Lewis and Capi Lewis, the parents of Lori Hardin (collectively "Plaintiffs) by and through their attorney of record, J.A. "Jay" Asafi, P. O. Box 460082, Houston, Texas 77056.

Pursuant to Texas Rule of Civil Procedure 199, Defendants Lincoln Property Company gives notice of its intent to take the oral deposition of **Celeste Westby ("Deponent"). The deposition will begin at 1:30 p.m. on Thursday, July 17, 2014, or immediately following the deposition of Thor Westby which is scheduled to commence at 9:00 a.m. on Thursday, July 17, 2014. The deposition will take place at the Radisson Hotel Fargo, North Dakota, 201 5th St N, Fargo, ND 58102; Phone:(701) 232-7363.** The Deponent has agreed to be deposed on this date and time and at this location. Please take further notice that the deposition shall be recorded stenographically and will be videotaped. The deposition will be taken before a certified court reporter, and continue day to day until completed. All parties are invited to attend.

Respectfully submitted,

Beirne Maynard & Parsons L.L.P.

By: _____
Sawnie A. McEntire
State Bar No. 13590100
smcentire@bmpllp.com
D. Todd Parrish
State Bar No. 24011298
tparrish@bmpllp.com
1700 Pacific Ave., Ste. 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340
**ATTORNEYS FOR DEFENDANT
LINCOLN PROPERTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of June, 2014, this instrument is being served in accordance with the Texas Rules of Civil Procedure on the following counsel:

J. A. ("Jay") ASAFI
P.O. Box 460082
Houston, Texas 77056

_____
D. Todd Parrish

RECEIVED
JUN 2 5 2014
COTCHETT, PITRE, & McCARTHY, LLP

CAUSE NO. DC-13-13771

| | | |
|---|---|---|
| GREG HARDIN the husband of LORI HARDIN and next friend of BRADY HARDIN and ASHTON HARDIN, their children, and ROBERT LEWIS and CAPI LEWIS, the parents of LORI HARDIN, | § § § § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | DALLAS COUNTY, TEXAS |
| vs. | § § | |
| LINCOLN PROPERTY COMPANY | § § | |
| Defendant. | § | A-14th JUDICIAL DISTRICT |

## DEFENDANTS LINCOLN PROPERTY COMPANY'S NOTICE OF INTENTION TO TAKE ORAL/VIDEOTAPED DEPOSITION OF THOR WESTBY

TO: Plaintiffs Greg Hardin, the husband of Lori Hardin and next friend of Brady Hardin and Ashton Hardin, their children, and Robert Lewis and Capi Lewis, the parents of Lori Hardin (collectively "Plaintiffs) by and through their attorney of record, J.A. "Jay" Asafi, P. O. Box 460082, Houston, Texas 77056.

Pursuant to Texas Rule of Civil Procedure 199, Defendants Lincoln Property Company gives notice of its intent to take the oral deposition of Thor Westby ("Deponent"). The deposition will begin at 9:00 a.m. on Thursday, July 17, 2014, at the Radisson Hotel Fargo, North Dakota, 201 5th St N, Fargo, ND 58102; Phone:(701) 232-7363. The Deponent has agreed to be deposed on this date and time and at this location. Please take further notice that the deposition shall be recorded stenographically and will be videotaped. The deposition will be taken before a certified court reporter, and continue day to day until completed. All parties are invited to attend.

Respectfully submitted,

Beirne Maynard & Parsons L.L.P.

By: _____
Sawnie A. McEntire
State Bar No. 13590100
smcentire@bmpllp.com
D. Todd Parrish
State Bar No. 24011298
tparrish@bmpllp.com
1700 Pacific Ave., Ste. 4400
Dallas, Texas 75201
Telephone: (214) 237-4300
Facsimile: (214) 237-4340
**ATTORNEYS FOR DEFENDANT
LINCOLN PROPERTY COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of June, 2014, this instrument is being served in accordance with the Texas Rules of Civil Procedure on the following counsel:

J. A. ("Jay") ASAFI
P.O. Box 460082
Houston, Texas 77056

_____
D. Todd Parrish