# EXHIBIT 3

# Ryan Manuel

**From:** Ara Jabagchourian
**Sent:** Friday, July 11, 2014 11:59 AM
**To:** Parrish, D. Todd
**Cc:** Ryan Manuel
**Subject:** FW: Westby, et al. vs. Lincoln Property Company, et al. // GREG HARDIN, et al. vs. LINCOLN PROPERTY COMPANY -- DEPOSITION OF THOR AND CELESTE WESTY:

See question below.

**From:** Richard Finn [mailto:rfinn@BurnhamBrown.com]
**Sent:** Friday, July 11, 2014 11:57 AM
**To:** 'Lynne Bentley'; Ryan Manuel; 'ralph.zappala@lewisbrisbois.com'; 'jwoelfel@mcdonaldcarano.com'; 'jhanlon@glynnfinley.com'; 'maddison@mcdonaldcarano.com'; Charles Alfonzo; Lynn Rivera; 'Lucia.Suazo@lewisbrisbois.com'; David Wilgus; 'smcentire@bmpllp.com'; 'tparrish@bmpllp.com'
**Cc:** Ara Jabagchourian; 'Chris Paulos (cpaulos@levinlaw.com)'; Alexandra Hamilton; 'lkick@levinlaw.com'; 'KShivers@levinlaw.com'; Toni Stevens; Jennifer Wang
**Subject:** RE: Westby, et al. vs. Lincoln Property Company, et al. // GREG HARDIN, et al. vs. LINCOLN PROPERTY COMPANY -- DEPOSITION OF THOR AND CELESTE WESTY:

Ryan,

Are telephonic arrangements available to permit that form of attendance at the depositions. Please advise when convenient.

Thank you.

Finn

**From:** Lynne Bentley [mailto:lbentley@bortonpetrini.com]
**Sent:** Friday, July 11, 2014 11:52 AM
**To:** 'Ryan Manuel'; 'ralph.zappala@lewisbrisbois.com'; 'jwoelfel@mcdonaldcarano.com'; 'jhanlon@glynnfinley.com'; 'maddison@mcdonaldcarano.com'; Charles Alfonzo; Richard Finn; Lynn Rivera; 'Lucia.Suazo@lewisbrisbois.com'; David Wilgus; 'smcentire@bmpllp.com'; 'tparrish@bmpllp.com'
**Cc:** 'Ara Jabagchourian'; 'Chris Paulos (cpaulos@levinlaw.com)'; 'Alexandra Hamilton'; 'lkick@levinlaw.com'; 'KShivers@levinlaw.com'; 'Toni Stevens'; 'Jennifer Wang'
**Subject:** RE: Westby, et al. vs. Lincoln Property Company, et al. // GREG HARDIN, et al. vs. LINCOLN PROPERTY COMPANY -- DEPOSITION OF THOR AND CELESTE WESTY:

I will be attending the depositions on behalf of Jarsco Utilities, Inc.

*Lynne L. Bentley*
Borton Petrini, LLP
95 S. Market Street, Suite 400
San Jose, CA 95113
Telephone: (408) 535-0870
Facsimile: (408) 535-0878
LBentley@bortonpetrini.com

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, or distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Any inadvertent disclosure shall not compromise or waive the attorney-client privilege and/or attorney work-product privilege as to this communication, any attachments or otherwise. If you have received this communication in error, please contact Debbie Luiz at dmead@bortonpetrini.com or by telephone at (408) 535-0870. Thank you.

**From:** Ryan Manuel [mailto:RManuel@cpmlegal.com]
**Sent:** Wednesday, July 09, 2014 6:23 PM
**To:** ralph.zappala@lewisbrisbois.com; Lynne Bentley; jwoelfel@mcdonaldcarano.com; jhanlon@glynnfinley.com; maddison@mcdonaldcarano.com; calfonzo@burnhambrown.com; rfinn@burnhambrown.com; lrivera@burnhambrown.com; Lucia.Suazo@lewisbrisbois.com; dwilgus@burnhambrown.com; smcentire@bmpllp.com; tparrish@bmpllp.com
**Cc:** Ara Jabagchourian; Chris Paulos (cpaulos@levinlaw.com); Alexandra Hamilton; lkick@levinlaw.com; KShivers@levinlaw.com; Toni Stevens; Jennifer Wang; Ryan Manuel
**Subject:** RE: Westby, et al. vs. Lincoln Property Company, et al. // GREG HARDIN, et al. vs. LINCOLN PROPERTY COMPANY -- DEPOSITION OF THOR AND CELESTE WESTY:

Dear Counsel:

Please be advised that Thor Westby and Celeste Westby will have their depositions taken next weekn in the *Hardin* Case. Below are the information:

1. Thor Westby ("Deponent"). The deposition will begin **at 9:00a.m. on Thursday, July 17, 2014**, at The Radisson Hotel Fargo, North Dakota, 201 5th St N, Fargo, ND 58102; Phone:(701) 232-7363;

2. Celeste Westby ("Deponent"). Thedeposition will **begin at 1:30 p.m. on Thursday, July 17, 2014**, or immediately following the deposition of Thor Westby which is scheduled to commence at 9:00 a.m. on Thursday, July 17, 2014. The deposition will take place at the Radisson Hotel Fargo, North Dakota, 201 5th St N, Fargo, ND 58102; Phone:(701) 232-7363.

Attached, please find a copy of the deposition notices. You are each more than welcome to come and attend should you choose to. Please reply to all in this email or directly let Counsel for the *Hardin* Plaintiffs (smcentire@bmpllp.com and tparrish@bmpllp.com) know ASAP so they can make sure the conference room where the deposition will be taken will have enough space to accommodate all attendees.

Very truly yours,

Ryan Manuel

Ryan O. Manuel
CASE ADMINISTRATOR
MASS TORTS & PERSONAL INJURY

2

**COTCHETT PITRE & MCCARTHY, LLP.**
840 Malcolm Road | Burlingame CA 94010
Tel: 650.697.6000 | Fax: 650.697.0577
E-Mail: rmanuel@cpmlegal.com

CONFIDENTIALITY NOTICE The information and documents accompanying this e-mail transmission contain confidential information belonging to the sender which is legally privileged. The information is intended for the sole use of the sender and recipient(s). If you are not the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the e-mailed information is strictly prohibited. If you have received this e-mail in error, please notify us by telephone immediately to arrange for the return of the original information and/or documents.