# EXHIBIT 4

Ryan Manuel

| | |
|---|---|
| From: | Christina Hernandez <hernch@depotexas.com> |
| Sent: | Wednesday, July 16, 2014 2:06 PM |
| To: | Ryan Manuel; Alexandra Hamilton; Ara Jabagchourian; Charles Anthony Alfonzo; Christopher G. Paulos; David S. Wilgus; Duane Musfelt; James H. Hanlon; Jennifer Wang; Jessica L. Woelfel; Lucia Suazo (secretary); Lynn V. Rivera; Lynne L. Bentley; Matthew C. Addison; Ralph Zappala; Richard J. Finn; Toni Stevens |
| Cc: | tparrish@bmpllp.com; Sanchez, Hector |
| Subject: | RE: HARDIN DEPOS- DEPO OF THOR AND CELESTE WESTBY- FW: DepoTexas / Sunbelt Reporting Scheduling Confirmation --- 2 Witnesses |

Attention Counsel-

For those attending tomorrow's deposition via teleconference the call-in information is as follows:

Call-In Number: 805-360-1000
Participant Access Code: 830519#

Court reporter will host/initiate the call at least 15 minutes prior to deposition so do not try and connect until then.

Thank you,

Christina Hernandez
Scheduling Specialist / Dallas Regional Office
214-373-4977 / 214-363-7758 (fax)
DepoTexas / Sunbelt Reporting

---

**From:** Ryan Manuel [mailto:RManuel@cpmlegal.com]
**Sent:** Wednesday, July 16, 2014 1:13 PM
**To:** Alexandra Hamilton; Ara Jabagchourian; Charles Anthony Alfonzo; Christopher G. Paulos; David S. Wilgus; Duane Musfelt; James H. Hanlon; Jennifer Wang; Jessica L. Woelfel; Lucia Suazo (secretary); Lynn V. Rivera; Lynne L. Bentley; Matthew C. Addison; Ralph Zappala; Richard J. Finn; Ryan Manuel; Toni Stevens
**Cc:** tparrish@bmpllp.com; Sanchez, Hector; Christina Hernandez
**Subject:** HARDIN DEPOS- DEPO OF THOR AND CELESTE WESTBY- FW: DepoTexas / Sunbelt Reporting Scheduling Confirmation --- 2 Witnesses
**Importance:** High

Dear Counsel-
    We received the following emails from Mr. Parrish re. the depositions of Thor and Celeste Westby (see yellow highlights)--

    For those inquiring about participating via telephone/conference, please contact the court reporter directly (also cc'd to this email) to make the proper arrangements call.

Thank you.

Ryan Manuel

From: Parrish, D. Todd [mailto:tparrish@bmpllp.com]
Sent: Wednesday, July 16, 2014 8:04 AM
To: Richard Finn; Ryan Manuel
Cc: Ara Jabagchourian; McEntire, Sawnie A.; Ralph.Zappala@lewisbrisbois.com
Subject: RE: Westby et al v. Lincoln Property Company et al - CASE #: 5:14-cv-01800-BLF

# Attached is an e-mail from the court reporter. If anyone is planning to call in, will you please contact the court reporter to discuss/confirm.

# Thanks,

# -DTP

D. Todd Parrish
Beirne, Maynard & Parsons, L.L.P.
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201
tparrish@bmpllp.com
(214) 237-4318 (direct)
(214) 237-4300 (main)
(214) 237-4340 (fax)
BEIRNE MAYNARD & PARSONS, L.L.P.
Austin ♦ Baton Rouge ♦ Dallas ♦ Houston ♦ New Orleans ♦ San Antonio

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privileges protecting communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.

-----Original Message-----
From: Sanchez, Hector [mailto:hsanchez@bmpllp.com]
Sent: Wednesday, July 16, 2014 7:33 AM
To: Christina Hernandez
Cc: Parrish, D. Todd
Subject: RE: DepoTexas / Sunbelt Reporting Scheduling Confirmation --- 2

2

Witnesses
Importance: High

Christina:

**The depositions are going forward. I will confirm if any telephone conference calls were requested.**

Todd: Will there be any conference calls to the deposition?

-----Original Message-----
From: Christina Hernandez [mailto:hernch@depotexas.com]
Sent: Wednesday, July 16, 2014 9:27 AM
To: Sanchez, Hector
Subject: RE: DepoTexas / Sunbelt Reporting Scheduling Confirmation --- 2 Witnesses

Hector,

Please confirm tomorrow's scheduled depositions are going forward:

Style of Case: Greg Hardin, et al vs. Lincoln Property Company & Lincoln Military Housing, LLC
Witness(es): Thor Westby @ 9:00 AM
        Celeste Westby (immediately following deposition of Thor Westby) @ 1:30 PM
Date: 07/17/2014
Location: Radisson Hotel Fargo - North Dakota
      201 North 5th Street
      Fargo, ND

Please also let me know if a conference was requested.

Thank you,

Christina Hernandez
Scheduling Specialist / Dallas Regional Office
214-373-4977 / 214-363-7758 (fax)
DepoTexas / Sunbelt Reporting

-----Original Message-----
From: Christina Hernandez
Sent: Tuesday, July 08, 2014 4:47 PM
To: 'hsanchez@bmpllp.com'
Subject: DepoTexas / Sunbelt Reporting Scheduling Confirmation --- Witness 1 of 2

Hector,

Thank you for choosing DepoTexas & Sunbelt Reporting.
Two Award-Winning firms have merged to become one great partnership.

3

We have added the requested deposition to our calendar for reporter and videographer coverage.

Please review the attached scheduling confirmation regarding your job details:

Style of Case: Greg Hardin, et al vs. Lincoln Property Company & Lincoln Military Housing, LLC
Witness: Thor Westby
Date: 07/17/2014 at 09:00 AM
Location: Radisson Hotel Fargo - North Dakota
201 North 5th Street
Fargo, ND

We will contact you one business day prior to confirm service. Please visit www.depotexas.com to learn more about our complete portfolio of legal support services.

Sincerely,

Scheduling Department

CONFIDENTIALITY NOTICE: This electronic transmission (including any files attached hereto) contains confidential information that is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged, confidential, and exempt from disclosure. The information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution, or the taking of any action in reliance on the contents of this confidential information is strictly prohibited. If you have received this communication in error, please destroy it and immediately notify DepoTexas www.depotexas.com.


PRIVILEGED AND CONFIDENTIAL. This email and any files transmitted with it are privileged and confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. If you are not the named addressee you should not disseminate, distribute or copy this e-mail or any of its attachments.

**From:** Richard Finn [mailto:rfinn@BurnhamBrown.com]
**Sent:** Tuesday, July 15, 2014 3:13 PM
**To:** Parrish, D. Todd; 'Ryan Manuel'
**Cc:** Ara Jabagchourian; McEntire, Sawnie A.; Ralph.Zappala@lewisbrisbois.com
**Subject:** RE: Westby et al v. Lincoln Property Company et al - CASE #: 5:14-cv-01800-BLF

Thank you.

**From:** Parrish, D. Todd [mailto:tparrish@bmpllp.com]
**Sent:** Tuesday, July 15, 2014 12:07 PM
**To:** Richard Finn; 'Ryan Manuel'
**Cc:** Ara Jabagchourian; McEntire, Sawnie A.; Parrish, D. Todd; Ralph.Zappala@lewisbrisbois.com
**Subject:** RE: Westby et al v. Lincoln Property Company et al - CASE #: 5:14-cv-01800-BLF

We are checking. I suspect that there will be a phone in the conference room, and we are getting that number. However, if multiple parties want to call-in, someone will likely need to set up a conference call.

We will circulate the conference room phone number as soon as we receive it.

Thanks,

-DTP

**D. Todd Parrish**
Beirne, Maynard & Parsons, L.L.P.
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201
tparrish@bmpllp.com
(214) 237-4318 (direct)
(214) 237-4300 (main)
(214) 237-4340 (fax)

BEIRNE MAYNARD & PARSONS, L.L.P.
Austin ♦ Baton Rouge ♦ Dallas ♦ Houston ♦ New Orleans ♦ San Antonio

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail and its attachments are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privileges protecting communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail; we also request that you immediately delete this message and its attachments, if any.

**From:** Richard Finn [mailto:rfinn@BurnhamBrown.com]
**Sent:** Tuesday, July 15, 2014 1:42 PM
**To:** 'Ryan Manuel'; Parrish, D. Todd
**Cc:** Ara Jabagchourian
**Subject:** RE: Westby et al v. Lincoln Property Company et al - CASE #: 5:14-cv-01800-BLF

Thanks.

**From:** Ryan Manuel [mailto:RManuel@cpmlegal.com]
**Sent:** Tuesday, July 15, 2014 11:39 AM
**To:** tparrish@bmpllp.com
**Cc:** Richard Finn; Ara Jabagchourian; Ryan Manuel
**Subject:** FW: Westby et al v. Lincoln Property Company et al - CASE #: 5:14-cv-01800-BLF

Counsel:
   Please see Mr. Finn's question please and advise at your earliest convenience. Thank you.

Ryan Manuel


**From:** Richard Finn [mailto:rfinn@BurnhamBrown.com]
**Sent:** Tuesday, July 15, 2014 11:39 AM
**To:** Ryan Manuel
**Subject:** RE: Westby et al v. Lincoln Property Company et al - CASE #: 5:14-cv-01800-BLF

Ryan,

# Do you know whether a party can call into the depositions on Thursday.

5

Thanks,

Finn

**From:** Ryan Manuel [mailto:RManuel@cpmlegal.com]
**Sent:** Monday, July 14, 2014 7:18 PM
**To:** Alexandra Hamilton; Ara Jabagchourian; Charles Alfonzo; Christopher G. Paulos; David Wilgus; Duane Musfelt; James H. Hanlon; Jennifer Wang; Jessica L. Woelfel; Lucia Suazo (secretary); Lynn Rivera; Lynne L. Bentley; Matthew C. Addison; Ralph Zappala; Richard Finn; Ryan Manuel; Toni Stevens
**Subject:** Westby et al v. Lincoln Property Company et al - CASE #: 5:14-cv-01800-BLF

Counsel:

As a courtesy, attached, please find a .pdf copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures. A copy of the same and the 2 accompanying CDs containing Plaintiffs' Document Production have been sent to your offices via First Class Mail.

Should you have any questions, please feel free to contact us. Thank you.

Best regards,

Ryan Manuel

Ryan O. Manuel
CASE ADMINISTRATOR
MASS TORTS & PERSONAL INJURY
**COTCHETT PITRE & MCCARTHY, LLP.**
840 Malcolm Road | Burlingame CA 94010
Tel: 650.697.6000 | Fax: 650.697.0577
E-Mail: rmanuel@cpmlegal.com

CONFIDENTIALITY NOTICE The information and documents accompanying this e-mail transmission contain confidential information belonging to the sender which is legally privileged. The information is intended for the sole use of the sender and recipient(s). If you are not the intended recipient(s), you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the e-mailed information is strictly prohibited. If you have received this e-mail in error, please notify us by telephone immediately to arrange for the return of the original information and/or documents.