# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CELESTE WESTBY, et al., | Case No.  14-cv-01800-BLF |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION** |
| LINCOLN PROPERTY COMPANY, et al., | |
| Defendants. | |

On October 14, 2015, the Court approved Plaintiffs' stipulated dismissal of the last remaining defendant in this action, Bi-State Propane.  *See* Stip. and Order Regarding Voluntary Dismissal of Defendant Bi-State Propane, ECF 76.

Accordingly, the action is hereby DISMISSED.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  12/4/2015

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California